| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **The Catherine Anderson Family Trust** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **00-0000000** | |
| 4. | Debtor's address | **Principal place of business**  **2611 E. Monument Street**  **Baltimore, MD 21205**  Number, Street, City, State & ZIP Code  **Baltimore City**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ■ Other. Specify:  **Business Trust** | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

| Debtor | **The Catherine Anderson Family Trust** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** *that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **The Catherine Anderson Family Trust**     Case number (*if known*) _____
         Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                  Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| 15. | **Estimated Assets** | ■ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

| Debtor | **The Catherine Anderson Family Trust** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 8, 2025**
                MM / DD / YYYY

X **/s/ Catherine Anderson, by Gregory Anderson as power-of attorney**
Signature of authorized representative of debtor

**Catherine Anderson, by Gregory Anderson as power-of attorney**
Printed name

Title  **Trustee**

**18. Signature of attorney**

X **/s/ Aryeh E. Stein**
Signature of attorney for debtor

Date **January 8, 2025**
        MM / DD / YYYY

**Aryeh E. Stein**
Printed name

**Meridian Law, LLC**
Firm name

**1212 Reisterstown Road**
**Baltimore, MD 21208**
Number, Street, City, State & ZIP Code

Contact phone  **443-326-6011**    Email address  **astein@meridianlawfirm.com**

Bar number and State

# CERTIFICATE OF RESOLUTIONS OF
# CATHERINE ANDERSON FAMILY TRUST

I, Catherine Anderson, by Gregory Anderson as power-of attorney, the Trustee of the Catherine Anderson Family Trust, a business trust formed in December of 2009 (hereinafter referred to as the "Trust"), hereby certifies that on or before January 8, 2025, the following resolutions were adopted by the Trustee and recorded in the minute book of the Trust, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect.

RESOLVED, that in the judgment of the Trustee, it is desirable and in the best interests of the Trust, its creditors and other interested parties that a petition be filed by the Trust seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

RESOLVED FURTHER, that the Trustee and any officers are authorized and empowered on behalf of, and in the name of, the Trust to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maryland at such time as the Trustee executing the same shall determine; and it is;

RESOLVED FURTHER, that the Trustee and any officers are authorized and empowered on behalf of, and in the name of, the Trust to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Trustee may deem necessary and proper in connection with the Trust's Chapter 11 case; and it is

RESOLVED FURTHER, that the law firm of Meridian Law, LLC be employed as attorneys for the Trust in its Chapter 11 case under a general retainer; and it is

RESOLVED FURTHER, that the Trustee and any officers are authorized and empowered on behalf of, and in the name of, the Trust to retain and employ other attorneys, investment bankers, accountants, consultants and other professionals to assist in the Trust's Chapter 11 case on such terms as such member deems necessary, proper and desirable; and it is

RESOLVED FURTHER, that the Trustee is, together with any employees or agents, including counsel, designated by or directed by such officer, authorized and empowered on behalf of, and in the name of, the Trust to enter into, execute, deliver, certify, file, record and perform such Chapter 11 petition, and to take such other actions, as in the judgment of such officer shall be or become necessary, proper and desirable to successfully complete the Trust's Chapter 11 case, to effectuate the restructuring of the Trust's debt, other obligations, organizational form and structure, and ownership of the Trust consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto evidenced by the taking of such actions.

Dated:  January 8, 2025

                Catherine Anderson Family Trust

                BY:   <u>/s/ Catherine Anderson, by Gregory Anderson as power-of attorney</u>
                      Catherine Anderson, by Gregory Anderson as power-of attorney, the Trustee of the Catherine Anderson Family Trust

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Catherine Anderson Family Trust** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Baltimore City Revenue Collections 200 Holliday Street Baltimore, MD 21202** | | water bill | | | | **$0.00** |
| **BGE PO Box 1475 - G&E bldg Bankruptcy Department - 3rd Floor Baltimore, MD 21203** | | utility | | | | **$0.00** |
| **HUD 451 Seventh Avenue, SW Washington, DC 20410** | | **2611 E Monument Street, Baltimore, MD 21205** | | **$340,244.00** | **Unknown** | **Unknown** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

# United States Bankruptcy Court
## District of Maryland

In re: **The Catherine Anderson Family Trust**, Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Trustee** of the Business Trust named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **January 8, 2025**

Signature: **/s/ Catherine Anderson, by Gregory Anderson as power-of attorney**
**Catherine Anderson, by Gregory Anderson as power-of attorney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re  **The Catherine Anderson Family Trust**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Trustee of the Business Trust named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 8, 2025**

**/s/ Catherine Anderson, by Gregory Anderson as power-of attorney**
**Catherine Anderson, by Gregory Anderson as power-of attorney**/Trustee
Signer/Title

Baltimore City Revenue Collections
200 Holliday Street
Baltimore, MD 21202


BGE
PO Box 1475 -  G&E bldg
Bankruptcy Department - 3rd Floor
Baltimore, MD 21203


Comptroller Of Maryland
110 Carroll Street
Revenue Administration Division
Annapolis, MD 21411


HUD
451 Seventh Avenue, SW
Washington, DC 20410


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101


Richard E. Solomon, Esquire
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road
Suite 301
Linthicum Heights, MD 21090


Secretary of Housing & Urban Development
100 Penn Square East
Philadelphia, PA 19107